

September 4, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11591-7-III. Division Three. December 17, 1992.]

*In the Matter of* DAVID C. WAUGAMAN.

Appeal from a judgment of the Superior Court for Douglas County, No. 90-8-00108-2, John E. Bridges, J., entered April 16, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 12179-8-III. Division Three. December 17, 1992.]

RICHARD E. RYDER, ET AL, *Appellants*, v. THE CITY OF PASCO, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 91-2-50462-1, Dennis D. Yule, J., entered January 23, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11853-3-III. Division Three. December 17, 1992.]

RICHARD E. RYDER, ET AL, *Appellants*, v. THE CITY OF PASCO, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Franklin County, No. 91-2-50232-6, Carolyn A. Brown, J., entered August 19, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 14238-4-II. Division Two. December 18, 1992.]

*In the Matter of the Custody of*
DALEENA JEAN LYONS.

Appeal from a judgment of the Superior Court for Clallam County, No. 87-3-00076-8, Gary W. Velie, J., entered